Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  kwyant@shea.law

*Attorney for Defendant Bridgecrest Credit Company, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KATRINA REILLY,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGECREST CREDIT COMPANY, LLC; NOBLR, INC.; COPART, INC. AND CONSTAR FINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No. 2:25-cv-00615<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BRIDGECREST CREDIT COMPANY, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF [ECF NO. 1]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and among Plaintiff KATRINA REILLY ("Plaintiff") and Defendant BRIDGECREST CREDIT COMPANY, LLC, through their undersigned counsel, as follows with respect to Plaintiff's Complaint For Damages and Injunctive Relief [ECF No. 1] filed on April 4, 2025:

WHEREAS, on April 4, 2025, Plaintiff initiated the above-captioned case by filing the Complaint [ECF No. 1] against Defendant;

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3), the deadline for Defendant to respond to Plaintiff's Complaint is currently set for May 1, 2025;

WHEREAS, the currently existing response deadline of May 1, 2025, conflicts with Defendant's undersigned counsel's pre-existing schedule;

WHEREAS, Plaintiff and Defendant have met and conferred and agreed to and stipulate as follows:

**IT IS HEREBY STIPULATED** by and among Plaintiff and Defendant that Defendant's deadline to respond to the Complaint [ECF No. 1] **shall be due on or before May 29, 2025**;

**IT IS FURTHER STIPULATED** that this request is not made for the purpose of hinderance or delay, and is made in good faith.

**IT IS SO STIPULATED**.

| | |
|---|---|
| **FREEDOM LAW FIRM** | **SHEA LARSEN** |
| */s/ Gerardo Avalos* | */s/ Bart K. Larsen* |
| GEORGE HAINES, ESQ. | BART K. LARSEN, ESQ. |
| Nevada Bar No. 9411 | Nevada Bar No. 8538 |
| GERARDO AVALOS, ESQ. | KYLE M. WYANT, ESQ. |
| Nevada Bar No. 15171 | Nevada Bar No. 14652 |
| 8985 South Eastern Ave., Suite 100 | 1731 Village Center Circle, Suite 150 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89134 |
| *Attorneys for Plaintiff Katrina Reilly* | *Attorney for Defendant Bridgecrest Credit Company, LLC* |

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 5/1/2025