TYLER B. THOMAS
(NV Bar No. 16637)
JESSIE PADUA
(NV Bar No. 17107)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: tbthomas@spencerfane.com
       jpadua@spencerfane.com

*Attorneys for Noblr, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KATRINA REILLY. | Civil Action No. 2:25-cv-00615 |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF COUNSEL FOR NOBLR, INC.** |
| BRIDGECREST CREDIT COMPANY, LLC; NOBLR, INC.; COPART, INC. AND CONSTAR FINANCIAL SERVICES, LLC, | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendant Noblr, Inc. substitutes Tyler B. Thomas and Jessie Padua of Spencer Fane LLP, as attorneys of record in place of William H. Pruitt and Joseph R. Meservy of Barron & Pruitt, LLP.

1  I consent to the above substitution

*s/ Joseph R. Meservy*                Dated: July 18, 2025
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant Noblr, Inc.*

I accept the above substitution. I am duly admitted to practice in this United States District Court.

*s/ Jessie Padua*                Dated: July 21, 2025
TYLER B. THOMAS
(NV Bar No. 16637)
JESSIE PADUA
(NV Bar No. 17107)
SPENCER FANE LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendant Noblr, Inc.*

*s/ Collin J. Hite*                Dated: July 15, 2025
COLLIN J. HITE, Associate General Counsel
Noblr, Inc.

    **APPROVED.**

    Dated  8-1-25.

                                 _____
                                 United States Magistrate Judge

DN 6163034.1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2025, I electronically filed the foregoing **SUBSTITUTION OF COUNSEL FOR NOBLR, INC.** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **George Haines, Esq.**
  ghaines@freedomlegalteam.com

- **Gerardo Avalos, Esq.**
  gavalos@freedomlegalteam.com

By: */s/ Norma Moseley*
Spencer Fane LLP

DN 6163034.1