George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Katrina Reilly*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Katrina Reilly, | Case No.: 2:25-cv-00615 |
| Plaintiff, | |
| v. | **Unopposed Motion for Extension of Time to File Dismissal Documents** |
| Bridgecrest Credit Company, LLC; Noblr, Inc.; CoPart, Inc. and Constar Financial Services, LLC, | |
| Defendants. | |

The dispute between Katrina Reilly ("Plaintiff"), Bridgecrest Credit Company, LLC, Noblr, Inc. and CoPart, Inc. ("Defendants") (together as the "Parties") has been resolved.

On December 16, 2025, Plaintiff filed a Notice of Settlement and requested 60 days to file dismissal documents. ECF No. 34.

Accordingly, Plaintiff, by and through counsel, hereby submits this Unopposed Motion for Extension of Time to File Dismissal Documents.

The parties have reached settlement terms, and the settlement agreement is

_____

STIPULATION                           - 1 -

awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendants with Prejudice.

Plaintiff requests, and Defendants do not oppose the request, that all pending dates and filing requirements as to Plaintiff and Defendants continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **March 16, 2026**, to file dismissal documents.

Dated: February 12, 2026.

Respectfully submitted,

**FREEDOM LAW FIRM**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsels for Katrina Reilly*

IT IS SO ORDERED.

_____
UNITES STATES MAGISTRATE JUDGE

DATED:_3-11-26_____

_____

STIPULATION                - 2 -