George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Katrina Reilly*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Katrina Reilly,<br><br>                    Plaintiff,<br><br>   v.<br><br>Bridgecrest Credit Company, LLC;<br>Noblr, Inc.; Copart, Inc. and Constar<br>Financial Services, LLC,<br><br>                    Defendants. | Case No.: 2:25-cv-00615<br><br>**Stipulation of dismissal of all claims between Plaintiff and Defendants Bridgecrest Credit Company, LLC, Noblr, Inc. and Copart, Inc. with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Katrina Reilly, Bridgecrest Credit Company, LLC, Noblr, Inc. and Copart, Inc. stipulate to dismiss all claims between Plaintiff and Defendants Bridgecrest Credit Company, LLC, Noblr, Inc. and Copart, Inc. with prejudice.

///
///
///
///
///

_____

STIPULATION                         - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 18, 2026.

**FREEDOM LAW FIRM**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**HUSCH BLACKWELL LLP**

/s/ *Scott J. Helfand*
Scott J. Helfand, Esq.
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606

James Patrick Shea, Esq.
Bart K. Larsen, Esq.
Kyle M. Wyant, Esq.
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
*Counsel for Bridgecrest Credit Company, LLC*

**SPENCER FANE LLP**

/s/ *Tyler B. Thomas*
Tyler B. Thomas, Esq.
Jessie Padua, Esq.
300 South Fourth Street, Suite 1600,
Las Vegas, Nevada 89101

Jeremy A. Moseley, Esq.
1700 Lincoln Street, Suite 2000,
Denver, Colorado 80203
*Counsel for Noblr, Inc.*

_____

STIPULATION                - 2 -

**MESSNER REEVES LLP**

/s/ *Karie N. Wilson*

Karie N. Wilson, Esq.
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Counsel for Copart, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE
**RICHARD F. BOULWARE, II**

DATED: March 19, 2026.

_____

STIPULATION                    - 3 -